A. Renae Adamson, Rose M. Wibbenmeyer, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David G. Brown, Asst. Attorney General, Jefferson City, for Respondent.

Before AHRENS, C.J., and CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

### ORDER

PER CURIAM.

Defendant, Charles Yarbrough, appeals from the judgment of conviction, after a jury trial, of first degree tampering, for which he was sentenced to eight years' imprisonment. He also appeals from the denial of his Rule 29.15 motion after an evidentiary hearing.

As to defendant's direct appeal, no jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed. Rule 30.25(b).

The judgment of the trial court denying defendant's Rule 29.15 motion is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value. The judgment is affirmed. Rule 84.16(b).

Arthur L. Poger, Clayton, for Defendant/Appellant.

Robert P. McCulloch, Prosecuting Attorney, Michael A. Reilly, Asst. Pros. Atty., St. Louis County, Clayton, for Plaintiff/Respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

PER CURIAM.

Defendant appeals after he was convicted by a jury of one count of driving while intoxicated, § 577.010, RSMo 1994. The court sentenced him as a prior offender to a county jail term of six months. The court then suspended execution of five months of the sentence and ordered "no early release" and "no work release." The state concedes that the sentence must be remanded for "clarification ... by making the period of probation definite." Therefore, we remand the sentence with instruction for the trial court to designate a definite period of probation.

We have examined defendant's remaining points on appeal and conclude that no error occurred. An opinion on those issues would have no precedential value nor serve any jurisprudential purpose. Rule 30.25(b).

Affirmed in part, remanded in part.

STATE of Missouri, Plaintiff/Respondent,

v.

James T. OTTO, Defendant/Appellant.

No. 69614.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 26, 1996.

Andre TOLEN, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 69617.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 26, 1996.